Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  October 30, 2014                    106030
                                                          106195

_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                                      MEMORANDUM AND ORDER

VIRGINIA J. DeCAPRIA,
                    Appellant.
_____

Calendar Date:  September 16, 2014

Before:  Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ.

                        _____

        G. Scott Walling, Queensbury, for appellant, and appellant
pro se.

        Karen A. Heggen, Acting District Attorney, Ballston Spa
(Ann C. Sullivan of counsel), for respondent.

                        _____

        Appeals from a judgment of the County Court of Saratoga
County (Scarano, J.), rendered May 6, 2013, convicting defendant
upon her plea of guilty of the crimes of grand larceny in the
second degree and criminal tax fraud in the fourth degree.

        Defendant pleaded guilty to grand larceny in the second
degree and criminal tax fraud in the fourth degree in
satisfaction of two indictments charging her with numerous crimes
arising out of her theft of approximately $500,000 from the
Charlton Fire District.  Defendant also waived her right to
appeal.  In accord with the plea agreement, she was sentenced to
concurrent prison terms of 3 to 9 years on her grand larceny
conviction and 1 to 3 years on her tax fraud conviction.
Defendant now appeals, and appellate counsel seeks to be relieved

of his assignment on the ground that there are no nonfrivolous issues to be raised on appeal.  Upon review of the record and briefs, we agree.  Accordingly, the judgment is affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD3d 979, lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).  Finally, defendant's contentions set forth in her pro se brief are matters outside the record that are more appropriately raised in a CPL article 440 motion.

        Peters, P.J., Stein, McCarthy, Lynch and Clark, JJ., concur.

        ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.

                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court